# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANE DOE, THE FICTITIOUS NAME OF A NATURAL FEMALE, JOHN DOE, HER HUSBAND,**

      **Plaintiffs,**

-vs-                                                                           **Case No. 6:07-cv-327-Orl-28KRS**

**EFREN VAZQUEZ, CITY OF EDGEWATER, FLORIDA,**

      **Defendants.**

## ORDER

This cause came on for consideration by the Court *sua sponte*. The plaintiffs have not revealed their identities in the complaint. They indicate in their Certificate of Interested Persons and Corporate Disclosure Statement that they wish to remain anonymous. Doc. No. 4.

"Generally, parties to a lawsuit must identify themselves in their respective pleadings." *Doe v. Frank*, 951 F.2d 320, 322 (11th Cir. 1992). A plaintiff may proceed anonymously only when he has "a substantial privacy right which outweighs the 'customary and constitutionally-embedded presumption of openness in judicial proceedings.'" *Id.* at 323 (quoting *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. Unit A Aug. 1981)).

Accordingly, it is **ORDERED** that, on or before April 13, 2007, the plaintiffs shall either (1) file an amended complaint and amended certificate of interested persons in which they identify themselves by name, or (2) file a motion to proceed anonymously supported by a factual and legal showing that a substantial privacy right outweighs the presumption of openness in judicial

proceedings. If plaintiffs file a motion seeking to proceed anonymously, it is further **ORDERED** that they shall, on or before April 13, 2007, file under seal a notice containing their names so that the judges assigned to this case may determine if they have any conflicts requiring their recusal from the case.

**DONE** and **ORDERED** in Orlando, Florida on March 26, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties